York County (Herbert Altman, J., at sentence; Peter McQuillan, J., at plea), rendered on November 13, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Asch, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON SMITH, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on April 16, 1986, unanimously affirmed. Motion by appellant for leave to file a supplemental *pro se* brief denied. No opinion. Concur—Sandler, J. P., Carro, Milonas, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL BROWN, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on or about November 2, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Rosenberger, Wallach and Smith, JJ.

■ In the Matter of EUGENE L. SUGARMAN, for Reinstatement.—Motion for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur—Kupferman, J. P., Sandler, Sullivan, Ellerin and Wallach, JJ.